

F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Ruderman & Knox, LLP
2020 Hurley Way, Suite 405
Sacramento, CA 95825
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J., a minor; by and through his guardian ad litem, RUTH J., RUTH J. and TOM J., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN CARLOS ELEMENTARY SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C 0166 <br><br> ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM <br><br> DATE: <br> TIME: <br> JUDGE: |

The petition for an order appointing RUTH J. as guardian ad litem for E.J. is hereby GRANTED.

DATE: January 14, 2010

_____
UNITED STATES DISTRICT
IT IS SO ORDERED
Judge Charles R. Breyer

Order Appointing Guardian Ad Litem                                                                 Page 1