F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Ruderman & Knox, LLP
2020 Hurley Way, Suite 405
Sacramento, CA 95825
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J., a minor; by and through his guardian ad litem, RUTH J., RUTH J. and TOM J.,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN CARLOS ELEMENTARY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 0166<br><br>ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM<br><br>DATE:<br>TIME:<br>JUDGE: |

The petition for an order appointing RUTH J. as guardian ad litem for E.J. is hereby GRANTED.

DATE: January 14, 2010

_____
IT IS SO ORDERED
Judge Charles R. Breyer