*E-Filed 8/10/10*

1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: KATHRYN E. MEOLA, Deputy (SBN 172034)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4647
4  Facsimile: (650) 363-4034
   E-mail: kmeola@co.sanmateo.ca.us
5
   Attorneys for Defendant
6  San Carlos Elementary School District

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 E.J., a minor, by and through her guardian ad litem,    Case No. C 10-0166 RS
   TOM J. and RUTH J.,
12                                                         **STIPULATION AND ORDER FOR**
             Plaintiffs,                                   **BRIEFING AND HEARING SCHEDULE**
13
       vs.
14
   SAN CARLOS ELEMENTARY SCHOOL
15 DISTRICT

16           Defendant.

17     WHEREFORE, counsel for the parties have stipulated and agreed to the following briefing

18 schedule:

19     PLAINTIFF to file their Moving Brief by September 30, 2010. PLAINTIFF has requested a page

20 limitation of 35 pages for its Opening Brief;

21     DEFENDANT to file their Opposition Brief by October 28, 2010;

22     PLAINTIFF to file their Reply Brief by November 12, 2010;

23     The Hearing date for the Motions in this case will be set for Thursday, December 2, 2010 at 1:30

24 p.m.

25

26  Dated: August 9, 2010

27                                          /s/ Christian M. Knox
                                            Christian M. Knox
28                                          Ruderman & Knox, LLP
                                            Attorneys for Plaintiffs

Case No. C 10-0166 RS
ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

Dated: August 6, 2010

MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____
KATHRYN E. MEOLA, Deputy

Attorneys for Defendant
San Carlos Elementary School District

## ORDER

Pursuant to the above stipulation of the parties,

**PLAINTIFF** to file their Moving Brief by September 30, 2010. The Court grants Plaintiff's request and allows Plaintiff an Opening Brief page limitation of 35 pages;

**DEFENDANT** to file their Opposition Brief by October 28, 2010;

**PLAINTIFF** to file their Reply Brief by November 12, 2010;

The Hearing date for the Motions in this case will be set for Thursday, December 2, 2010 at 1:30 p.m.

Dated:   8/10/10

_____
The Honorable Richard Seeborg
United States District Judge

L:\LITIGATE\E_CASES\E.J. Minor\Pleadings\Stipulation Re Briefing Schedule.Doc

Case No. C 10-0166 RS                                       2
ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.